No. 725. JULIAN, TRUSTEE IN BANKRUPTCY v. FARMERS BANK OF CLINTON, MISSOURI. C. A. 8th Cir. Certiorari denied. *Phineas Rosenberg* for petitioner. *Dick H. Woods* for respondent. ▮

No. 727. EALEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Milton Lorenzo McGhee* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 719. SCHERER v. BRENNAN ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Julius L. Sherwin* and *Theodore R. Sherwin* for petitioner. *Solicitor General Griswold* for respondents. ▮

No. 720. HENRY v. DELHI-TAYLOR OIL CORP. Sup. Ct. Tex. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *B. R. Chastain* for petitioner. *William H. Keys* for respondent.

No. 721. DUGAS v. NIPPON YUSEN KAISHA. C. A. 5th Cir. Motion of American Trial Lawyers Association for leave to file a brief, as *amicus curiae,* granted. Certiorari denied. *H. Alva Brumfield* for petitioner. *Arthur J. Mandell* for American Trial Lawyers Association, as *amicus curiae,* in support of the petition. ▮

No. 461, Misc. MILONE v. GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 7th Cir. Certiorari denied. *Marshall Patner* for petitioner. *Solicitor General Griswold* for respondent.